Hank Rugeley
State Bar No. 17382900
hankrugeley@sbcglobal.net
**DAVISON RUGELEY, L.L.P.**
900 Eighth Street, Suite 1102
P. O. Drawer 99
Wichita Falls, Texas 76307
(940) 766-1388
(940) 766-5396 – FAX

ATTORNEYS FOR MARY H. MEZA AND JUAN CARLOS MEZA

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ORVILLE GENE SMITH, | § | CASE NO. 10-70387-HDH-13 |
| KATHRYN ANN SMITH, | § | |
| | § | |
| DEBTORS. | § | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

The undersigned, Hank Rugeley, represents Mary H. Meza and Juan Carlos Meza, parties in interest in this case, and hereby submits this Notice of Appearance in connection therewith.

Pursuant to Rules 2002(g) and (i), 4001, 9013, and 9022 of the Federal Rules of Bankruptcy Procedure, the undersigned hereby requests that he be added to all mailing lists and matrixes in this case and that copies of all notices, pleadings, judgments and orders in this case be sent to the undersigned at the following address:

Hank Rugeley, Esquire
Davison Rugeley, L.L.P.
900 Eighth Street, Suite 1102
Wichita Falls, Texas 76301
hankrugeley@sbcglobal.net

This notice of appearance and request for notices is submitted for the purpose of receiving copies of notices, pleadings, judgments and orders in this case. By submitting this notice of

appearance and request for notices, Mary H. Meza and Juan Carlos Meza are not consenting to or submitting to the jurisdiction of the Bankruptcy Court for any purpose, and Mary H. Meza and Juan Carlos Meza expressly reserve the right to contest the jurisdiction of the Bankruptcy Court and/or to demand a jury trial in any matter or proceeding to which Texoma Community Credit Union may be a party.

Respectfully submitted,

**DAVISON RUGELEY, L.L.P.**
900 Eighth Street, Suite 1102
P. O. Drawer 99
Wichita Falls, Texas 76307
(940) 766-1388
(940) 766-5396 – FAX

By: */s/ Hank Rugeley*
    Hank Rugeley
    State Bar No. 17382900

ATTORNEYS FOR MARY H. MEZA AND
JUAN CARLOS MEZA

## CERTIFICATE OF SERVICE

      I hereby certify that on April 29, 2014, a true and correct copy of the foregoing was served on all parties of record via ECF or first class mail as follows:

Monte J. White
Monte J. White & Associates, P.C.
1106 Brook Avenue
Hamilton Place
Wichita Falls, Texas 76301

Kadra Damour Alexander
Barrett Daffin Frappier Turner & Engel
15000 Surveyor Blvd.
Addison, Texas 75001

Mary A. Daffin
Barrett Daffin Frappier Turner & Engel
1900 St. James Place, Suite 500
Houston, Texas 77056

Brian Douglas Glidden
Barrett Daffin Frappier Turner & Engel
15000 Surveyor Blvd.
Addison, Texas 75001

Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue
Lubbock, Texas 79424

Sherrel K. Knighton
Linebarger, Goggan, Blair & Sampson, LLP
2777 N. Stemmons Frwy, Suite 1000
Dallas, Texas 75207

Robert O. Rafuse
Rafuse Law Firm, P.C.
Energy Center
710 Lamar, Suite 440
Wichita Falls, Texas 76301-6880

Sidney H. Scheinberg
Godwin Lewis PC
5700 Granite Pkwy, Suite 450
Plano, Texas 75024

U.S. Trustee
1100 Commerce Street
Room 976
Dallas, Texas 75242-1496

                                                    */s/ Hank Rugeley*
                                                    Hank Rugeley